816

(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN JARMON | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MICHAEL NUTTER | : | NO. 13-487 |

FILED
JAN 31 2013
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

ORDER

AND NOW, this 31st day of January, 2013, because plaintiff has failed to either pay the $350 filing fee to commence this civil action, or file a motion to proceed in forma pauperis with a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on January 28, 2013, pursuant to 28 U.S.C. § 1915(a), it is **ORDERED** that:

1. The Clerk of Court is directed to **CLOSE** this case statistically.

2. If plaintiff seeks to reinstate this case, he must, within thirty (30) days of the date of this Order, either (1) remit the $350 filing fee to the Clerk of Court, or (2) file a motion to proceed in forma pauperis with a certified copy of his prisoner account statement for the above-mentioned period. If plaintiff moves to proceed in forma pauperis, and if his motion is granted, he will be obligated to pay the full amount of the $350 filing fee over time.

1-31-13 mailed to Pro Se

**BY THE COURT:**

James Knoll Gardner

JAMES KNOLL GARDNER, J.